AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

FILED

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

2021 SEP 20 PM 2:07

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| Matthew E. Orso ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:14-cv-00091-GCM |
| Todd Disner et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/14/2017___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___07/23/2021___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk